**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO. _____ |
| v. | JUDGE _____ |
| ANTONIO TRIPLETT<br>aka "Trip" | INDICTMENT<br>18 U.S.C. § 922(g)(1)<br>18 U.S.C. § 922(g)(9)<br>18 U.S.C. § 924(a)(8)<br>FORFEITURE ALLEGATION |

**THE GRAND JURY CHARGES:**

## COUNT 1
### (Possession of a Firearm by a Convicted Felon)

1. On or about July 12, 2025, in the Southern District of Ohio, the defendant, **ANTONIO TRIPLETT, aka Trip,** knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm, to wit: a SCCY model DVG-1, 9mm pistol, bearing serial number D022137, which firearm had been shipped and transported in interstate or foreign commerce.

   **In violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(8).**

## COUNT 2
### (Possession of a Firearm by a Person Convicted of a Misdemeanor Crime of Domestic Violence)

2. On or about July 12, 2025, in the Southern District of Ohio, the defendant, **ANTONIO TRIPLETT, aka Trip,** knowing that he had been convicted of a misdemeanor crime of domestic violence, did knowingly possess a firearm, to wit: a SCCY model DVG-1, 9mm pistol, bearing serial number D022137, which firearm had been shipped and transported in interstate or foreign commerce.

   **In violation of 18 U.S.C. §§ 922(g)(9) and 924(a)(8).**

1

## FORFEITURE ALLEGATION

3.      The allegations of this Indictment are realleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c).

4.      Upon conviction of any offense alleged in this Indictment, the defendant, **ANTONIO TRIPLETT, aka Trip**, shall forfeit to the United States, in accordance with 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), any firearms and ammunition involved in or used in such violation, including, but not limited to:

    a.      A SCCY model DVG-1, 9mm pistol, bearing serial number D022137; and

    b.      A magazine and approximately 23 rounds of ammunition.

**Forfeiture in accordance with 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c) and Rule 32.2 of the Federal Rules of Criminal Procedure.**

A TRUE BILL.

*[signature]*

FOREPERSON

DOMINICK S. GERACE II
United States Attorney

*[signature]*

ELIZABETH A. GERAGHTY (0072275)
Assistant United States Attorney

2